UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CERNA FLORES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GABRIEL VALDEZ, et al.,<br><br>　　　　　Respondents. | Case No. 5:20-cv-01394-SVW-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the December 22, 2020 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

　　IT IS HEREBY ORDERED that (1) the Motion to Dismiss is granted; (2) the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice; and (3) the Clerk shall enter Judgment accordingly and shall serve copies of this Order and the Judgment herein on petitioner and counsel for respondents.

　　IT IS SO ORDERED.

DATED: March 19, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE