JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CERNA FLORES,<br><br>Petitioner,<br><br>v.<br><br>GABRIEL VALDEZ, et al.,<br><br>Respondents. | Case No. 5:20-cv-01394-SVW-JC<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing the Petition for Writ of Habeas Corpus and this action without prejudice.

    IT IS SO ADJUDGED.

DATED:   March 19, 2021

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE